# CORPORATE RESOLUTION

**I, Jose Jimenez Padin,** of legal age, married, President of **Jimenez Lopez & Hijos, Inc.,** and resident of Camuy, Puerto Rico, DO HEREBY CERTIFY that:

1. At a meeting held on May 31, 2010, the Board of Directors of Jimenez Lopez & Hijos, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That at the meeting of shareholders held on the same date, the filing for bankruptcy under Chapter 11 of the Bankruptcy Code was unanimously approved.

4. That it was also agreed that the services of attorney Wanda I. Luna-Martinez would be retained for such purposes.

5. That it was also agreed that Mr. Jose Jimenez Lopez, Treasurer, will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

I sign this Resolution today the 3 day of June 2010.

Jimenez Lopez & Hijos, Inc.

By: _____
Jose Jimenez Padin

Affidavit Num. 1924

Sworn and subscribed to before me by Jose Jimenez Padin, of legal age, married, President of Jimenez Lopez & Hijos, Inc., and resident of Camuy, Puerto Rico, personally known to me, this 3 day of June 2010.

_____
NOTARY PUBLIC